# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VERSHAY TRAMMER, } | Civil Action 1:11-cv-2388 |
| } | |
| Plaintiff, } | JUDGE: DONALD C. NUGENT |
| } | |
| v. } | |
| } | |
| CREDIT SMART, LLC, } | |
| } | |
| Defendant. } | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VERSHAY TRAMMER, | } | Civil Action 1:11-cv-2388 |
| | } | |
| Plaintiff, | } | JUDGE: DONALD C. NUGENT |
| | } | |
| v. | } | |
| | } | |
| CREDIT SMART, LLC, | } | |
| | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS _____ day of February, 2012.

_____
Judge Donald C. Nugent