UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VERSHAY TRAMMER, | ) | Case No. 1:11 CV 2388 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CREDIT SMART, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Counsel for Plaintiff has notified the Court that above captioned case has been dismissed with prejudice.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                 _/s/Donald C. Nugent____
                                                 DONALD C. NUGENT
                                                 United States District Judge

DATE: ___February 27, 2012____